**. ENVIRONMENTAL SAFETY CONSULTANTS, INC.,**
**Appellant,**

**v. .**

**Raymond E. MABUS, Secretary of the Navy, Appellee.**

No. 2014–1460.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2015.

Diana Parks Curran, Curran Legal Services Group, Inc., Johns Creek, GA, argued for appellant.

K. Elizabeth Witwer, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by Joyce R. Branda, Robert E. Kirschman, Jr., Steven J. Gillingham; Ellen M. Evans, Office of the General Counsel, Navy Litigation Office, United States Navy, Washington Navy Yard, DC.

LOURIE, O'MALLEY, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.